IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARLTON L. CHANEY,

    Petitioner,

-vs-                        Civil No. 15-cv-211-DRH-CJP

JAMES CROSS, JR,

    Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner Chaney's Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Doc. 1).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 15, 2017 (Doc. 40), Petitioner Chaney's Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Doc. 1) is **DENIED.** Judgment is entered in favor of Respondent and against Petitioner.

                                  JUSTINE FLANAGAN,
                                  ACTING CLERK OF COURT

                                  BY:  s/Lisa M. Tidwell
                                      **Deputy Clerk**

**APPROVED:**                          Judge Herndon
                                        2017.11.16
                                        11:36:13 -06'00'

                    **U.S. DISTRICT JUDGE**
                    **U. S. DISTRICT COURT**